■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD LYNCH, Appellant. [772 NYS2d 843]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 9, 2001 (*People v Lynch,* 285 AD2d 518 [2001], *lv denied* 96 NY2d 940 [2001], *cert denied* 535 US 1081 [2002]), affirming a judgment of the Supreme Court, Queens County, rendered June 30, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, S. Miller and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAH McCALL, Appellant. [772 NYS2d 857]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered December 5, 2001, convicting him of murder in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The People correctly concede that the Supreme Court committed reversible error when it permitted the prosecutor to exercise a peremptory challenge to exclude a prospective juror because she was of Jamaican ancestry (*see People v McCorkle,* 278 AD2d 249 [2000]).

The defendant's remaining contention is without merit. Florio, J.P., Schmidt, Mastro and Rivera, JJ., concur.